UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-60847-CIV-DIMITROULEAS

CHANEL, INC.,

    Plaintiff,

v.

THE INDIVIDUAL, PARTNERSHIP, OR
UNINCORPORATED ASSOCIATION
d/b/a 2015CHINASALE.COM, *et al.*,

    Defendant.

_____/

### DECLARATION OF STEPHEN M. GAFFIGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANT

I, Stephen M. Gaffigan, state and declare as follows:

1. I am counsel of record for Plaintiff, Chanel, Inc. ("Chanel" or "Plaintiff"), in the above captioned action. I submit this Declaration which is filed in support of Chanel's Motion for Entry of Final Default Judgment Against Defendant, the Individual, Partnership, or Unincorporated Association doing business as the domain names identified on Schedule "A" attached to Chanel's Motion for Entry of Final Default Judgment (collectively "Defendant")[1] and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. On May 1, 2017, Chanel filed its Complaint for Injunctive Relief and Damages in this action against Defendant [DE 1].

---

[1] Prior to filing this Declaration, Chanel filed its Notice of Identification of Additional Aliases Operated By Defendant (the "Notice of Additional Aliases") [DE 27]. I hereby incorporate by reference all factual allegations contained in my Declaration in Support of Chanel's Notice of Additional Aliases [DE 27-3]. The additional alias domains names identified in Schedule "A" to the Notice of Additional Aliases, [DE 27 at p. 2], are incorporated herein by reference and encompassed in Schedule "A" attached to Chanel's Motion for Entry of Final Default Judgment.

3. On May 2, 2017, Chanel filed its *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (the "Application for Temporary Restraining Order") [DE 6]. I hereby incorporate by reference all factual allegations contained in my Declaration in support of Chanel's Application for Temporary Restraining Order [DE 6-3]. Also on May 2, 2017, this Court entered an Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order [DE 8], and subsequently, converted the temporary restraining order into a preliminary injunction on May 19, 2017 [DE 19].

**RE: ENTRY OF FINAL DEFAULT JUDGMENT**

4. On May 16, 2017, Chanel filed its Motion for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Motion for Alternate Service") [DE 14], which the Court granted the same day [DE 15], authorizing Chanel to serve the Summons, Complaint, and all subsequent pleadings, filings, and discovery in this matter upon Defendant via electronic mail ("e-mail") and via publication by posting copies of the same on the Internet website appearing at the URL http://servingnotice.com/c0mow3/index.html.

5. Pursuant to the Court's Order Granting Chanel's Motion for Alternate Service, Chanel served Defendant with its Summons and a copy of the Complaint via e-mail and publication service on May 18, 2017. (See [DE 21, 22] - Proofs of Service on file with the Court.)

6. The time allowed for Defendant to respond to the Complaint has expired.

7. To date, Defendant has not filed any responsive pleading to the Complaint, has not requested an enlargement of time to respond to the Complaint, nor has Defendant entered a formal appearance *pro se* or by counsel on its behalf.

8. I am informed and believe that Defendant is not an infant or an incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

9. On June 29, 2017, Chanel filed its Request for Clerk's Entry of Default [DE 23], and subsequently, the Clerk entered default against Defendant on June 30, 2017 [DE 24].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of July, 2017, at Fort Lauderdale, Florida.

_____
Stephen M. Gaffigan