UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60847-CIV-DIMITROULEAS/SNOW

CHANEL, INC.,

    Plaintiff,

vs.

THE INDIVIDUAL, PARTNERSHIP, OR UNINCORPORATED ASSOCIATION d/b/a 2015CHINASALE.COM, *et al.*,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Final Default Judgment against Defendant (the "Motion") [DE 28], filed herein on July 5, 2017. The Court has carefully considered the Motion [DE 28] and is otherwise fully advised in the premises.

On June 30, 2017, the Clerk entered a default against Defendant, the Individual, Partnership or Unincorporated Association d/b/a the domain names identified on Schedule "A" to Plaintiff's instant Motion ("Defendant") for failure to appear, answer or otherwise plead to the complaint filed herein within the time required. *See* [DE 24]. Thereafter, on July 5, 2017, Plaintiff filed the instant Motion [DE 28] seeking a default judgment against Defendant. On _____ ___, 2017, the Court issued an Order to Show Cause why this Motion should not be granted. [DE _]. Defendant failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 28] is hereby **GRANTED**.

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3. Plaintiff is ordered to serve a copy of this Order upon Defendant (a) via electronic mail ("e-mail") to the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of the Subject Domain Names, including service via registrar for each of the Subject Domain Names, and/or (ii) directly on the Internet websites operating under the corresponding Subject Domain Names, including customer service e-mail addresses and onsite contact forms; and (b) via publication by posting a true and accurate copy of the foregoing on the website http://servingnotice.com/c0mow3/index.html.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __ day of _____, 2017.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record