UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60847-CIV-DIMITROULEAS/SNOW

CHANEL, INC.,

    Plaintiff,

vs.

THE INDIVIDUAL, PARTNERSHIP, OR UNINCORPORATED ASSOCIATION d/b/a 2015CHINASALE.COM, *et al.*,

    Defendant.
_____/

## **FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against Defendant (the "Motion") [DE 28], filed herein on July 5, 2017. The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiff, Chanel, Inc. ("Plaintiff"), and against Defendant, the Individual, Partnership or Unincorporated Association d/b/a the domain names identified on Schedule "A" hereto ("Defendant") as follows:

(1)    Permanent Injunctive Relief:

Defendant, its officers, agents, representatives, servants, employees and attorneys, and all persons acting in concert and participation with Defendant are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and

        infringing goods bearing Plaintiff's trademarks, identified in Paragraph 16 of the Complaint and Schedule "B" attached thereto (the "Chanel Marks");

b.    using the Chanel Marks in connection with the sale of any unauthorized goods;

c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendant offered for sale or sold via the Internet websites using the domain names identified on Schedule "A" hereto (the "Subject Domain Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant offered for sale or sold via the Subject Domain Names and/or any other website, domain name, or business, are in any way endorsed by, approved by, and/or associated with Plaintiff;

f.    using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant via the Subject Domain Names and/or any other website, domain name, or business;

g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendant via the Subject Domain Names and/or any other website, domain name, or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

h.    otherwise unfairly competing with Plaintiff;

i.    using the Chanel Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendant, including the Internet websites operating under all of the Subject Domain Names; and

j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

    a. In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendant, its assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff; and

    b. Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

(3) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c):

    a. Award Plaintiff damages of $2,000,000.00 against Defendant, for which let execution issue.

(4) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(5) The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(6) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(7) Plaintiff is ordered to serve a copy of this Order upon Defendant (a) via electronic mail ("e-mail") to the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of the Subject Domain Names, including service via registrar for each of the Subject Domain Names, and/or (ii) directly on the Internet websites operating under the corresponding Subject Domain Names, including customer service e-mail addresses and onsite

contact forms; and (b) via publication by posting a true and accurate copy of the foregoing on the website http://servingnotice.com/c0mow3/index.html.

    (8)    The Clerk is directed to **CLOSE** this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this __ day of _____, 2017.

                              _____
                              WILLIAM P. DIMITROULEAS
                              United States District Judge

Copies provided to:

Counsel of Record

**SCHEDULE "A"**
**SUBJECT DOMAIN NAMES BY NUMBER**

| Number | Subject Domain Name |
| --- | --- |
| 1 | 2015chinasale.com |
| 2 | greatmall.eu |
| 3 | jiong0594.com |
| 4 | nikepub.com |
| 5 | topgoodszone.com |
| 6 | uchinasupplier.com |
| 7 | 777topshop.com |
| 8 | futureshoestrading.com |
| 9 | nike86.com |
| 10 | shoesclothes66.com |
| 11 | xintediytrade.com |
| 12 | yangguang1.com |
| 13 | baodao188.com |
| 14 | brtx8399.com |
| 15 | cheap-brand-wholesale.com |
| 16 | cheapsneakers.cn |
| 17 | chinashoeshop.com |
| 18 | downloadfromchina.com |
| 19 | fashionhiphop.net |
| 20 | fashion-luxury-wholesale.com |
| 21 | fashionwholesale.club |
| 22 | gznaky.com |
| 23 | hs266.com |
| 24 | johnwumarket.com |
| 25 | jsl68.com |
| 26 | kp999999.com |
| 27 | lymy48.com |
| 28 | mp8899.com |
| 29 | newmaggiestore.com |
| 30 | nikeclub.cn |
| 31 | pickcool.com |
| 32 | replicas.vip |
| 33 | shoebuy.club |
| 34 | tmyj66.com |
| 35 | utopcub.net |
| 36 | wholesale.pub |
| 37 | wqipidai.com |

| 38 | xinxinbags.com |
|---|---|
| 39 | yangguangbags008.com |
| 40 | yl0594.com |
| 41 | bagshoeswholesale.com |
| 42 | blingnewstore.com |
| 43 | cheapbestgoodsonline.com |
| 44 | copiesonchina.com |
| 45 | ebaybaidu.com |
| 46 | fashion4luxury.com |
| 47 | hotsell4luxury.com |
| 48 | hs206.com |
| 49 | luxuryfactory.net |
| 50 | mgcrazy.com |
| 51 | mgshops.net |
| 52 | miqifashions.net |
| 53 | newclothes1.com |
| 54 | nike186.com |
| 55 | ourchinasupplier.com |
| 56 | qiqi-fashion.net |
| 57 | qiqi-fashions.com |
| 58 | qiqifashions.net |
| 59 | qiqi-fashions.org |
| 60 | qiqifashions1.com |
| 61 | qiqifashionshop.com |
| 62 | uschinasupplier.com |
| 63 | xinxinbag.com |
| 64 | yangguang008.com |
| 65 | yangguangbags668.com |
| 66 | yangguangfashion008.com |